**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN ANDERSON, on behalf of himself and all others similarly situated,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**JAMBA JUICE COMPANY,**<br><br>    Defendant. | Case No.: 12-CV-01213 YGR<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

The Case Management Conference previously set for June 25, 2012 is hereby **RESET** to **Monday, September 17, 2012** at **2:00 p.m.**, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

**IT IS SO ORDERED.**

Date: June 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**