**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN ANDERSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JAMBA JUICE COMPANY,<br><br>    Defendant. | Case No.: 12-CV-01213 YGR<br><br>**ORDER REGARDING FILING OF CLASS CERTIFICATION MOTION; AND VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Having reviewed the parties' Joint Case Management Statement, the Court **ORDERS** that any Motion for Class Certification be filed within 120-days of the filing of the Defendant's Answer. After a review of the motion for class certification, the Court will determine whether to bifurcate discovery.

The Case Management Conference set for Monday, September 17, 2012 is **VACATED**.

**IT IS SO ORDERED.**

Date: September 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**