1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN ANDERSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMBA JUICE COMPANY and INVENTURE FOODS, INC., formerly known as the Inventure Group, Inc.,<br><br>    Defendants. | Case No. 3:12-cv-1213 (JST)<br>Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE**<br><br>Complaint Filed: March 12, 2012<br>Trial Date:     None Set |

Pursuant to the parties' March 18, 2013 stipulation and good cause appearing, the Court hereby GRANTS the parties' stipulation to extend the deadline for Plaintiff to file his Motion for Class Certification 60-days, from April 1, 2013 to May 31, 2013. The Court sets the following Motion for Class Certification briefing schedule and hearing date:

| **Event** | **Due Date** |
| --- | --- |
| Plaintiff's Motion for Class Certification Opening Brief | May 31, 2013 |
| Defendants' Opposition to Motion For Class Certification | July 30, 2013 |
| Plaintiff's Reply to Motion for Class Certification | September 12, 2013 |
| Hearing on Motion for Class Certification | October 17, 2013 at 2:00 p.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 19, 2013

_____
Hon. Jon S. Tigar
United States District Court Judge

[PROPOSED] ORDER EXTENDING CLASS CERT. AND SETTING BRIEFING SCHEDULE
CASE NO. 3:12-CV-1213 (JST)